RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
RAQUEL LAZO
Assistant Federal Public Defender
Nevada State Bar No. 8540
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
Raquel_Lazo@fd.org

Attorney for Justin Venegas

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>JUSTIN VENEGAS,<br><br>　　　　　　Defendant. | Case No. 2:22-cr-00196-GMN-VCF<br><br>**STIPULATION TO CONTINUE CHANGE OF PLEA HEARING**<br>(First Request) |

　　　IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Allison Reese, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Raquel Lazo, Assistant Federal Public Defender, counsel for Justin Venegas, that the Change of Plea Hearing currently scheduled on June 12, 2023, at 11:00 a.m., be vacated and continued to June 13, 2023, at 2:00 p.m.

　　　This Stipulation is entered into for the following reasons:

　　　1.　　Defense counsel will be out of the district on the currently scheduled hearing date.

　　　2.　　The defendant is in custody and agrees with the need for the continuance.

3. The parties agree to the continuance.

This is the first request for a continuance of the Change of Plea hearing.

DATED this 10th day of May 2023.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| */s/ Raquel Lazo*<br>By_____<br>RAQUEL LAZO<br>Assistant Federal Public Defender | */s/ Allison Reese*<br>By_____<br>ALLISON REESE<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JUSTIN VENEGAS,<br><br>　　　　Defendant. | Case No. 2:22-cr-00196-GMN-VCF<br><br>**ORDER** |

　　IT IS ORDERED that the Change of Plea hearing currently scheduled for Monday, June 12, 2023, at 11:00 a.m., be vacated and continued to June 13, 2023, at the hour of 2:00 p.m.

　　DATED this  10  day of May 2023.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3