**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>          v.<br><br>JUSTIN VENEGAS,<br>    Defendant. | Case No.: 2:22-CR-00196-GMN-VCF-1<br><br>**Order granting Government's first request for 30-day extension of time to respond to Venegas' supplemented 28 U.S.C. § 2255 motion.** |

Based on the pending application of the Government, and good cause appearing,

IT IS THEREFORE ORDERED that the Government's deadline for responding to Defendant's Supplemented 28 U.S.C. § 2255 motion is __January 12, 2026__.

Dated this __11__ day of December, 2025.

_____
Hon. Gloria M. Navarro
United States District Judge